**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

12 APR -5 PM 2:03

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALFREDO JAIMES-RAMIREZ ,<br><br>　　　　　　Defendant. | CASE NO. 12CR0044-JM<br><br>**JUDGMENT OF DISMISSAL** |



　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

✔ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

✔ of the offense as charged in the Indictment/Information:

21:952 and 960 - Importation of Methamphetamine.

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: April 4, 2012

　　　　　　　　　　　　　　　　　　Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　U.S. District Judge